United States District Court
Southern District of Texas
ENTERED

OCT 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> FOR THE USE AND BENEFIT OF § <br> THE FORDYCE COMPANY § <br> § <br> vs. § <br> § CIVIL ACTION NO. B-98-062 <br> § <br> CENTEX CONSTRUCTION COMPANY, § <br> INC., SEABOARD SURETY COMPANY, § <br> ST. PAUL FIRE AND MARINE § <br> INSURANCE COMPANY, AMERICAN § <br> HOME ASSURANCE COMPANY, and § <br> FEDERAL INSURANCE COMPANY § | |

## AGREED ORDER FOR DISMISSAL

On this the 13th day of October, 1998, came on to be considered the agreed motion of Plaintiff, **THE FORDYCE COMPANY**, and Defendants, **CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY**, and **FEDERAL INSURANCE COMPANY**, for a dismissal of this cause of action against Defendants, **CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY**, and **FEDERAL INSURANCE COMPANY**, and no reason appearing to the Court why such dismissal should not be granted, it is accordingly,

ORDERED, ADJUDGED AND DECREED that Plaintiff's cause of action be dismissed as to all Defendants, **CENTEX CONSTRUCTION COMPANY, INC., SEABOARD**

SURETY COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and FEDERAL INSURANCE COMPANY, with prejudice. All costs of Court are taxed against the party incurring same, for collection of which execution may issue.

SIGNED this the 13th day of October, 1998.

_____
JUDGE PRESIDING

AGREED:

_____
W. Clayton Cain

_____
David Surratt